

FILED

06/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0271

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0271

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GREGORY L. WALLACE,

Defendant and Appellant.

_____

FILED

JUN 1 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Gregory L. Wallace petitions this Court for an out-of-time appeal. He indicates that he improperly filed a Notice of Appeal with the District Court and that he discussed filing a timely appeal with his attorney. He raises several issues, including "with-holding Discovery to felonious escape in 14th, [September], yr. of 2014 . . . ."

This Court is familiar with Wallace and his criminal history.[1] In October 2014, the State of Montana charged Wallace with felony escape after Wallace failed to return to the Butte Pre-Release Center on September 14, 2014. The State initially brought the charge in the Powell County District Court (Cause No. DC 14-54), and on March 17, 2015, the criminal case was transferred to the Butte-Silver Bow County District Court (Cause No. DC 15-58). Wallace received a two-year suspended sentence to the Department of Corrections. The District Court ran the sentence consecutively to a prior ten-year sentence as a persistent felony offender with two years suspended for felony driving under the influence from the Yellowstone County District Court. Wallace now seeks to appeal this conviction.

_____

[1] *Wallace v. Kirkegard*, No. OP 15-0069, Order (Mont. Feb. 10, 2015); *State v. Wallace*, No. DA 15-0101, Order (Mont. Feb. 25, 2015); *Wallace v. Kirkegard*, No. OP 16-0432, Order (Aug. 2, 2016); *Wallace v. State*, No. DA 19-0129, Order (Mar. 19, 2019), and *Wallace v. Guyer & Kowalski*, No. OP 20-0317, Order (Mont. Jun. 23, 2020).

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Wallace is not entitled to an out-of-time appeal. M. R. App. P. 4(6). In 2019, this Court denied Wallace's out-of-time appeal of the same criminal conviction and sentence because he could not explain the several years' delay in seeking an appeal. *Wallace v. State*, No. DA 19-0129, Order (Mont. Mar. 19, 2019). Wallace has not shown extraordinary circumstances for his second attempt after another years-long delay. We refuse "to reopen what has been decided[.]" *State v. Gilder*, 2001 MT 121, ¶ 11, 305 Mont. 362, 28 P.3d 488 (citation omitted).

IT IS THEREFORE ORDERED that Wallace's Petition for an Out-of-Time Appeal is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Gregory L. Wallace personally.

DATED this 15 day of June, 2021.

_____
Chief Justice

_____
_____
_____
_____
Justices

2